[No. 1938–3. Division Three. August 11, 1977.]

THE STATE OF WASHINGTON, *Respondent,* v. TIMOTHY RAY HOLMAN, *Appellant.*

Appeal from a judgment of the Superior Court for Yakima County, No. 19728, Ted Kolbaba, J., entered March 30, 1976. *Affirmed* by unpublished opinion per McInturff, J., concurred in by Munson, C.J., and Green, J.

[No. 4356–1. Division One. August 15, 1977.]

THE STATE OF WASHINGTON, *Respondent,* v. RONALD F. WILLIAMS, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 73306, Janice Niemi, J., entered December 5, 1975. *Affirmed* by unpublished per curiam opinion.

[No. 1869–3. Division Three. August 18, 1977.]

THE STATE OF WASHINGTON, *Respondent,* v. EMERY G. BARNHILL, *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 23783, William J. Grant, J., entered February 11, 1976. *Remanded with instructions* by unpublished opinion per Faris, J. Pro Tem., concurred in by Green and McInturff, JJ.